IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: UNIFIED MESSAGING SOLUTIONS LLC PATENT LITIGATION | ) ) ) ) ) ) ) ) | Case No: 12 C 6286<br><br>Judge Joan H. Lefkow |

### ORDER

Judgment is entered in favor of defendants on all of plaintiffs' claims of infringement of the patents-in-suit and on defendants' counterclaims for declaratory judgment of non-infringement. Plaintiff's claims of infringement are hereby dismissed with prejudice. Defendants' counterclaims regarding invalidity and unenforceability of the patents-in-suit are dismissed without prejudice. See Final Order of Infringement for more detail. All pending motions are denied as moot. Civil case terminated.

Date: June 13, 2014

_____
U.S. District Judge Joan H. Lefkow